128 A.3d 692

IN THE MATTER OF PAUL F. CLAUSEN, AN ATTORNEY AT LAW (ATTORNEY NO. 015951982).

January 13, 2016.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15–087, concluding that **PAUL F. CLAUSEN** of **CLINTON,** who was admitted to the bar of this State in 1982, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), and *RPC* 1.4(b) (failure to keep a client reasonably informed about the status of a matter), and good cause appearing;

It is ORDERED that **PAUL F. CLAUSEN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.